# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: GRAND JURY PROCEEDINGS                    NO. 2020 KW 0790

**SEPTEMBER 09, 2020**

---

In Re:    State of Louisiana, applying for supervisory writs,
          20th Judicial District Court, Parish of West
          Feliciana, No. 18-WFLN-024.

---

**BEFORE:   GUIDRY, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court's order that a certified court reporter, not employed by the Twentieth Judicial District Court, record the grand jury proceedings targeting the respondent is hereby modified to restrict the recording to all grand jury proceedings inclusive of testimony, which would not include legal consultation and deliberation.  The recorded testimony is subject to being transcribed upon order of the court.  In all other respects, the State's writ application is denied.

**JMG**
**GH**

Welch, J., dissents in part.  Without a showing of a particularized need to record all testimony, the order should be restricted to recording the testimony of the respondent's wife only.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT